# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

138233 & (59)(60)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN DAVID STOCKMAN,
        Defendant-Appellant.

SC: 138233
COA: 278901
Wayne CC: 03-007369-01

_____/

By order of December 2, 2009 this case was remanded to the Wayne Circuit Court for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973). On order of the Court, the motion for miscellaneous relief is GRANTED. The transcript of the *Ginther* hearing and supplemental briefing having been received, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

y0719

*Corbin R. Davis*
Clerk